# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Victoria C. Giles Plaintiff(s),

vs. Lori C. Peterson, EEOC & Robert Prokop, Prokop Insurance, Nationwide Insurance, Karen Seymour of EEOC Minneapolis District

Defendant(s).

Case No. 22-cv-1483 SRN/JFD
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES [X]   NO [ ]

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff Victoria C. Giles
   Name Victoria C. Giles
   Street Address 5518 Oak Glen Rd.
   County, City Hennepin, Edina
   State & Zip Code Minnesota, 55439
   Telephone Number 952-250-4769

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1 EEOC of Minneapolis
      Name EEOC of Minneapolis
      Street Address 330 South Second Avenue, Suite 720, Minneapolis, MN 55401-2224
      County, City Hennepin
      State & Zip Code Minnesota, 55401-2224

   b. Defendant No. 2 Karen Seymour of EEOC
      Name of Minneapolis
      Street Address 330 South Second Avenue,
      County, City Suite 720, Minneapolis, MN
      State & Zip Code 55401-2224
      → Hennepin County

   c. Defendant No. 3
      Name Atty for Nationwide Insurance Karen Ms. Lauren Weber of Fellber M.
      Street Address Fellber M Weber, South 6th Street, Ste 2200
      County, City Hennepin, Minneapolis
      State & Zip Code Minnesota, 55402
      PH: 612-339-6321

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

Victoria Cates
-vs-
ESOC, Keven Syvrud
of ESOC, Lori R Peterson,
Robert Prokop, Prokop
Insurance & Nationwide Insurance

ADDITIONAL DEFENDANTS

(e) Defendant No. 4

Lori C. Peterson
2018 Lori Peterson Law Firm
222 South 9th Street, Suite 1600
County: Hennepin, Minneapolis
State: Minnesota 55402


(f) Defendant No. 5

Robert Prokop & Prokop Insurance
3155 Empire Lane N. Ste 200
Plymouth, MN 55447

Attorney for Robert Prokop

Charles Keenen, Esq.
USB Plaza 444
Cedar Street, Suite 1111
St. Paul MN 55101

Victoria Charles Cukes
Lori C Peterson; EEOC Karen Symman et C
vs                  Robert Prokop

List of Additional Defendants

Defendant #3

Name: Robert Prokop & Prokop Insurance
3155 Empire & Prokop Insurance
Lane North Ste 200
Plymouth, MN 55447

Attorney for Prokop: Charles E Keenen, Esq.
USB Plaza 4444 Cedar Street,
Suite 1111
St. Paul, MN 55101
PH: 651-224-0244

Defendant #4

Nation Wide Insurance
Attorney: Lauren M. Weber
220 South 6th Street Suite 2200
Minneapolis, MN 55402
PH: 612-373-8500
Fax: 612-338-0535
Email: lweber@felhaber.com

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    [✓] Federal Question          [✓] Diversity of Citizenship

    *diversity out of state US (28 USC 1332) over 75k*
    *United States (28 USC 1331)*

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. *Subject Matter Jurisdiction Exclusive jurisdiction - Parties Nationwide Bodily injury. US government entity is Defendant - US government Agency EEOC & employee default → other state US (28 USC 1332)*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name: *Nationwide Insurance*   State of Citizenship: *Tah Heden Pennsylvania*

    Defendant No. 1: *Nationwide*            State of Citizenship: *Florida*

    Defendant No. 2:                         State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    [✓] Defendant(s) reside in Minnesota    [✓] Facts alleged below primarily occurred in Minnesota

    [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

Signed this _1_ day of June 2022

_____
Signature of Plaintiff

Mailing Address
5500 Oak Glen Road
Edina, MN 55439

Telephone Number
952-250-4769

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

Attached Sheets